# EXHIBIT F

**From:** **Barbara Murphy** bajemurphy@gmail.com
**Subject:** Fwd: Order #3892 confirmed
**Date:** March 26, 2021 at 3:55 PM
**To:** Kelly Mahler kmahler82@hotmail.com



---------- Forwarded message ---------
From: **AAPC Publishing** <ecommerce@aapcpublishing.net>
Date: Fri, Mar 26, 2021 at 3:52 PM
Subject: Order #3892 confirmed
To: <bajemurphy@gmail.com>

# AAPC Publishing

ORDER #3892

## Thank you for your purchase!

Hi Joseph, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order   or   Visit our store

## Order summary



| Hygiene and Related Behaviors for Children and Adolescents with ASD and Related Disorders × 1 | $24.60 |



 Interoception Assessment Forms × 1     $36.95

 Interoception: The Eighth Sensory System × 1     $27.95

| | |
|---|---|
| Subtotal | $89.50 |
| Shipping | $0.00 |
| Taxes | $0.00 |
| Total | **$89.50 USD** |

## Customer information

**Shipping address**
Joseph Murphy
632 Robin Lane
Burnt Cabins PA 17215
United States

**Billing address**
Joseph Murphy
17 Magnolia Drive
Elizabethtown PA 17022
United States

**Shipping method**
Free Shipping Over $25

**Payment method**
VISA ending with 7622 — **$89.50**

If you have any questions, reply to this email or contact us at
ecommerce@aapcpublishing.net