**EXHIBIT G**

# The Comprehensive Assessment for Interoceptive Awareness

---

From: **Ann Kulichik** | akspeech@comcast.net　　　　　　　　　　　Monday, Nov 9, 2020, 5:16 PM

To: **james.jones@aapcpublishing.net** | james.jones@aapcpublishing.net
Cc: **erin@aapcpublishing.net** | erin@aapcpublishing.net, **Mahler, Kelly** | info@kelly-mahler.com

Hi Mr. Jones,

I ordered the above referenced test several weeks ago, and have found that it's impossible to administer, because it lacks the necessary stimulus pictures. I searched your website and found in the Q&A that there is supposed to be a download link for them, that I never received. I asked that question in the Q&A section and did not receive an answer. And I e-mailed with this same question and didn't receive a reply. So, it's been several weeks and I have several clients I could be assessing, but haven't been able to. Please advise.

Thank you,
Ann Kulichik

# New submission from Contact Form

From: **Briana Harris** | noreply@ezsolution.com     Wednesday, Jun 3, 2020, 5:01 PM

To: **info@kelly-mahler.com**

**First Name**

Briana

**Last Name**

Harris

**Email**

[briana7997@gmail.com](mailto:briana7997@gmail.com)

**Subject**

The Comprehensive Assessment for Interoception Awareness

**Message**

Hello,

I recently purchased the assessment for interoception awareness but there are no pictures to administer the assessment of self-regulation for the client to view. Could you please tell me where I can find the pictures that accompany this assessment?

Thank you,
Briana M. Harris, OTD, OTR/L

**Newsletter Subscription**

- Send me email updates, news, and/or resources

# Re[2]: Comprehensive Assessment for Interoceptive Awareness

---

From: **Mahler, Kelly** | info@kelly-mahler.com     Wednesday, Jan 20, 8:35 PM

To: **Britney Morrish** | britney.morrish@esd.ca

HI Britney

I'm sorry for their lack of response. Very embarrassing. Will you please try one more time, sending an email to James Jones, operations director, james.jones@aapcpublishing.net and Erin, marketing director, erin@aapcpublishing.net?  Please feel free to cc me on the email if you believe it will help. Sincerely, Kelly


Kelly Mahler OTD, OTR/L

Occupational Therapist
www.kelly-mahler.com
Pronouns: She/Her/Hers

**Do you know about interoception?**www.youtube.com/watch?v=A0zbCiakjaA

---

From: **Britney Morrish** | Britney.Morrish@esd.ca     To: **Mahler**     Wednesday, Jan 20, 3:11 PM

Hi Kelly,

I sent the email (below) to the email address you mentioned on January 8, 2021.  I have yet to hear back.  Is it possible to get a copy of the assessment pictures in another way?

Thank-you for your help,
~Britney

Britney Morrish MSc-SLP(C) R. SLP
Pronouns: She/Her
Speech-Language Pathologist
Evergreen School Division
Call/text: (204) 671-0479

_____
Confidentiality Notice: This email message and any attachments transmitted with it are confidential and are strictly intended for the

use of the addressee(s). Any unauthorized retention, review, reproduction, distribution or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and attachments.

Good afternoon,

Our admin assistant ordered some materials for me in October (see below) that were meant to have pictures included. On your website it says that the pictures are sent as an attachment after ordering www.aapcautismbooks.com/produ...118704  however we didn't receive this follow up email.  Is it possible to re-send it? Or send them directly to me at this address?

Thank-you for your help,
~Britney Morrish

Britney Morrish MSc-SLP(C) R. SLP
Pronouns: She/Her
Speech-Language Pathologist
Evergreen School Division
Call/text: (204) 671-0479

| From: **Fraser Olson** | Fraser.Olson@esd.ca | To: **Britney Morrish** | Britney.Morrish@esd.ca | Friday, Jan 8, 3:43 PM |
|---|---|---|
| From: **AAPC Publishing** | ap@aapcpublishing.net | To: **Fraser Olson** | Fraser.Olson@esd.ca | Thursday, Oct 1, 2020, 9:12 AM |

# AAPC Publishing

ORDER #3154

## Thank you for your purchase!

Hi Amanda, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order       or Visit our store

## Order summary

| | | |
|---|---|---|
| | **Interoception Assessment Forms × 2** | **$62.00** |

| | |
|---|---|
| Subtotal | $62.00 |
| Shipping | $27.42 |
| Taxes | $0.00 |
| Total | **$89.42 USD** |

## Customer information

**Shipping address**

Britney Morrish
Evergreen School Division
140 Centre Avenue West
PO Box 1200
Gimli MB R0C 1B0
Canada

**Billing address**

Amanda Senkowski
Evergreen School Division
140 Centre Avenue West
P.O. Box 1200
Gimli MB R0C 1B0
Canada

**Shipping method**

First Class Package International

**Payment method**

ending with 0574 - **$89.42**

If you have any questions, reply to this email or contact us at ap@aapcpublishing.net

| From: **Mahler** | info@kelly-mahler.com | To: **Britney Morrish** | Britney.Morrish@esd.ca | Friday, Jan 8, 10:32 AM |

Hi Britney,

Thank you for your purchase. AAPC publishing is the company that publishes and sells the assessment. I wonder if they forgot to send you the pictures. Sorry for the inconvenience. If you email them at:

support@aapcpublishing.net they should be able to help. If you run into any difficulty, please let me know and I'll help to make it right. Sincerely, Kelly

Kelly Mahler OTD, OTR/L

Occupational Therapist

www.kelly-mahler.com

Pronouns: She/Her/Hers

**Do you know about interoception?** www.youtube.com/watch?v=A0zbCiakjaA

| From: **Britney Morrish** | Britney.Morrish@esd.ca | To: **info@kelly-mahler.com** | Friday, Jan 8, 9:56 AM |

Good morning,

I ordered some materials from your site in September after taking one of your online courses, and finally had a chance to look them over during the holiday break. I realized that I somehow ordered the assessment forms but not the assessment itself, so I went back to your website today to try to find and order the assessment and I cannot find it. Do you have a direct link?

Thank-you for your help,
~Britney

Britney Morrish MSc-SLP(C) R. SLP
Pronouns: She/Her
Speech-Language Pathologist
Evergreen School Division
Call/text: (204) 671-0479

_____

Confidentiality Notice: This email message and any attachments transmitted with it are confidential and are strictly intended for the use of the addressee(s). Any unauthorized retention, review, reproduction, distribution or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and attachments.

# New submission from Contact Form

From: **Carolyn Driscoll** | noreply@ezsolution.com          Tuesday, Jan 26, 9:35 PM

To: **info@kelly-mahler.com**

**First Name**

Carolyn

**Last Name**

Driscoll

**Email**

cdriscoll.ot@gmail.com

**Subject**

Incomplete order received

**Message**

Hello,

On 1/7/21 I ordered the Interoception Assessment, described on the website as the protocol packets plus the 18 pictures needed to complete the assessment (AAPC Publishing order #3499). It was delivered on 1/12/21. I took a quick look at the contents and put it aside until this weekend, when I was preparing for an evaluation and realized that the envelope only contains the protocol packets, not the 18 pictures that should have been there. I emailed AAPC late yesterday (Monday 1/25) and left a message on a forwarded number today and a follow up email as well, with no response (phone or email).

Are you able to help me get the pictures I need to use your assessment tool?

Best regards,

Carolyn Driscoll

cdriscoll.ot@gmail.com

908-337-4692

Order #3499

**Newsletter Subscription**

- Send me email updates, news, and/or resources

# Black and White cards

From: **Buseman, Jennifer** | JBuseman@centralriversaea.org                Tuesday, Feb 23, 1:33 PM

To: **Mahler, Kelly** | info@kelly-mahler.com

Good morning.
A while back our agency purchased the assessment protocols for Kelly's Interoception program.  We did not receive the 18 black and white cards that are to go along with the tool.  I am wondering what my next steps are to get a copy of these cards?  Thank you!

Our agency name is Central Rivers AEA and the order was placed on or near 10/2/2020.  Thank you for your attention to this matter.



**Jennifer Buseman, OTR/L**
Occupational Therapist
Brain Injury Support Team Member
Central Rivers Area Education Agency
1521 Technology Parkway
Cedar Falls, Iowa 50613
Phone: 1-800-542-8375 (in Iowa)
Fax: 319-273-8229
http://centralriversaea.org/
OT Collaboration Request Form
Brain Injury Support Team Referral Form



Central Rivers Area Education Agency provides innovative leadership, services and support to empower our educational partners. We are one of nine Area Education Agencies created in 1974 by the Iowa legislature to ensure equal educational opportunities for all children from birth through age 21.

  

Confidentiality Statement:

This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, dissemination of this communication is prohibited. If you

have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.

# Assessment form

From: **Jessica Fournier** | Jessica.Fournier@SAU19.ORG                Monday, Sep 28, 2020, 6:37 PM

To: **info@kelly-mahler.com** | info@kelly-mahler.com

Hello,

I placed an order for the assessment forms and received them today. I received 11 assessment forms but did not receive the black and white picture cards or a down load link to the pictures. Is there something I missed or how can I find these pictures and is there directions in the assessment form for administration of this.

Thank you ,
Jessica Fournier OT/L

# Assessment to IA

From: **Morgan Smith, Elizabeth A.** | emorgansmith@sainta.org          Tuesday, Sep 1, 2020, 10:58 AM

To: **info@kelly-mahler.com** | info@kelly-mahler.com

Hi,

I ordered the 10 pack of assessment forms, but it didn't come with the pictures that it describes in the assessment. How do I access these.   I will say that it took me forever to get these from the publisher.  Not sure if it's a mistake on their end…

Elizabeth Morgan MS, OTR/L
Occupational Therapist



8901 W. Capitol Dr.
Milwaukee, WI 53222
414-465-5139
emorgansmith@sainta.org

CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it.

# New submission from Contact Form

From: **Stephanie Ayers** | noreply@ezsolution.com  Thursday, Oct 15, 2020, 7:11 PM

To: **info@kelly-mahler.com**

**First Name**

Stephanie

**Last Name**

Ayers

**Email**

snayers.OT@gmail.com

**Subject**

Interoception assessment pictures

**Message**

Ms. Mahler,

My name is Nicole Ayers and I am an occupational therapist. I recently purchased "The Comprehensive Assessment For Interoceptive Awareness" assessment forms from AAPC Publishing. The pictures were supposed to be included as a digital download, but I was never provided the digital download information or link from AAPC Publishing. The company also charged me for priority 3-day shipping and I did not receive the package until 12 days later.

I have tried multiple times to contact the company about this. If this was something my name was attached to, I would want to know. I am also hoping I can buy the cards elsewhere since the assessment is only partially usable without the cards.

Please let me know if the pictures can be purchased separately from a different source.

Respectfully,

Nicole Ayers, OTR/L