IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLY J. MAHLER** | ) ) ) ) ) ) ) |
| Plaintiff(s) | ) ) ) |
| v. | ) ) ) |
| **AAPC, INC. d/b/a AAPC PUBLISHING** | ) ) )   Civil Action No. **1:21-CV-00604** ) ) |
| **Defendant(s)/** **Third-Party Plaintiff(s),** | ) ) ) |
| v. | ) ) ) ) ) ) ) ) |
| **Third-Party Defendant(s).** | ) ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, __Plaintiff_____
                                                                                                                   (type of party)

who is _____Kelly J. Mahler_____ makes the following disclosure:
                              (name of party)

1. Is the party a non-governmental corporate party?

☐YES ☒NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Alfred W. Zaher
Signature of Counsel for Party

Date: 6/4/2021